UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, | Court File No. 21-cv-00098-MJD-BRT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| KWIK TRIP, INC., | |
| Defendant. | |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 21, 2022

s/ Emily A. McNee
Jacqueline E. Kalk, Bar No. 0388459
jkalk@littler.com
Emily A. McNee, Bar No. 0395228
emcnee@littler.com

LITTLER MENDELSON P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:   612.630.1000
Facsimile:    612.630.9626

Attorneys for Defendant

<table>
<tr><td>Dated: March 21, 2022</td><td>s/Patrick W. Michenfelder (with permission)<br>Patrick W. Michenfelder (#024207X)<br>Chad Throndset (#0261191X)<br><br>THRONDSET MICHENFELDER, LLC<br>Cornerstone Building<br>One Central Avenue West, Suite 101 St. Michael, MN 55376<br>Tel: (763) 515-6110<br>Fax: (763) 226-2515<br>pat@throndsetlaw.com<br>chad@throndsetlaw.com<br><br>R. Bruce Carlson (*admitted pro hac vice*)<br>Elizabeth Pollock-Avery (*admitted pro hac vice*)<br><br>CARLSON LYNCH, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh PA, 15222<br>(412) 322-9243 (Tel.)<br>bcarlson@carlsonlynch.com<br>eavery@carlsonlynch.com<br><br>Attorneys for Plaintiff</td></tr>
</table>

4871-8492-0851.1 / 047514-1084