# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Julie Dalton, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-98 MJD/BRT |
| Kwik Trip, Inc., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action be dismissed with prejudice and on the merits, and without costs awarded to either party.

Date: 3/23/2022                                                                 KATE M. FOGARTY, CLERK